IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT MARTINSBURG

**DEVON RAY STANTON,**

    **Plaintiff,**

v.                                                                       **Civil Action No. 3:24-CV-43**
                                                                    **Honorable Gina M. Groh**

**DEP. CORY S. WELCOME, individually,**
**DEP. HARPER, individually, BERKELEY**
**COUNTY COMMISSION, a political**
**subdivision of the State of West Virginia,**

    **Defendants,**

## AGREED NOTICE OF RESOLUTION

    Plaintiff Devon Ray Stanton, by and through counsel, and Defendants Deputy Cory S. Welcome and Berkeley County Commission, by and through counsel, hereby advise this Honorable Court that the parties have entered into a resolution to completely resolve Plaintiff's claims and this Civil Action. At this time, the parties are working to complete the final steps to fully complete this resolution. Once completed, the parties will submit to this Honorable Court a proposed dismissal order for its consideration and entry.

    Accordingly, the parties jointly request this Honorable Court to relieve them from the remaining dates of the *Scheduling Order* entered for this matter.

                                                                             **DEVON RAY STANTON,**

                                                                             **By Counsel,**

/s/ John H. Bryan  (w/permission)
**John H. Bryan (WV Bar No. 10259)**
**JOHN H. BRYAN, ATTORNEY AT LAW**
411 Main Street
P.O. Box 366 Union, WV 24983
(304) 772-4999
jhb@johnbryanlaw.com

DEPUTY CORY S. WELCOME and
BERKELEY COUNTY COMMISSION,

By Counsel,

**/s/ Andrew R. Herrick**
**James W. Marshall, III (WV Bar #10677)**
**BAILEY & WYANT, PLLC**
**115 West King Street**
**Martinsburg, West Virginia 25401**
**(304) 901-2000**
jmarshall@baileywyant.com

**Andrew R. Herrick (WV Bar #12269)**
**BAILEY & WYANT, PLLC**
**500 Virginia Street, East, Suite 600**
**Post Office Box 3710**
**Charleston, West Virginia  25337-3710**
**(304) 345-4222**
aherrick@baileywyant.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT MARTINSBURG

**DEVON RAY STANTON,**

    Plaintiff,

v.                                                                                                  Civil Action No. 3:24-CV-43
                                                                                                    Honorable Gina M. Groh

**DEP. CORY S. WELCOME, individually,
DEP. HARPER, individually, BERKELEY
COUNTY COMMISSION, a political
subdivision of the State of West Virginia,**

    Defendants,

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of foregoing "**AGREED NOTICE OF RESOLUTION**" was served upon the following parties through the Court's Electronic Case Filing (ECF) system on this day, May 22, 2025:

John H. Bryan
Law Office of John H. Bryan
PO Box 366
Union, WV  24983
Email Address: jhb@johnbryanlaw.com
Attorney For: Devon Ray Stanton


   /s/ Andrew R. Herrick
**Andrew R. Herrick (WV Bar #12269)**
**BAILEY & WYANT, PLLC**
**500 Virginia Street, East, Suite 600**
**Post Office Box 3710**
**Charleston, West Virginia  25337-3710**
**(304) 345-4222**
aherrick@baileywyant.com